

# Fourth Court of Appeals
## San Antonio, Texas

November 16, 2021

No. 04-21-00248-CR

Marcos Alberto Ibanez **GUTIERREZ,**
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the County Court at Law No. 14, Bexar County, Texas
Trial Court No. 623228
Honorable Carlo Key, Judge Presiding

# O R D E R

Appellant's motion for extension of time to file his brief is GRANTED.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of November, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court